**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN NORTHRUP, Individually and on behalf
of a Class of Similarly Situated Individuals,

                                      Case No: 8:18-cv-2551-EAK-SPF

    Plaintiff,

vs.

Prestige International Insurance Group, Inc.;

    Defendant.
_____/

## PLAINTIFF'S SETTLEMENT REPORT

Plaintiff responds to the Court's Order Requiring a Settlement Report (Doc. No. 15) and states as follows:

Plaintiff applied to the Clerk for entry of default pursuant to Local Rule 1.07 on Monday, November 19, 2018, two business days after the deadline passed. The clerk entered default that same day. (Doc. No. 11).

On November 26, 2018, Prestige's president (Christina Downs) contacted Plaintiff's counsel and expressed an interest in resolving the case. Settlement discussions ensued. On December 14, 2018, Attorney Frank Miranda contacted Plaintiff's counsel and stated that he had been retained to represent Prestige in this case. Settlement discussions continued. Mr. Miranda did not file a formal appearance in this case in the anticipation that this case may be quickly settled and dismissed. Plaintiff did not move for default in the interest of working with Defendant's counsel to ascertain whether a settlement could be reached in the near future, which would include dismissal of this case.

On February 4, 2019, the parties agreed on a settlement. Plaintiff expects to file a dismissal of this case pursuant to that settlement within 45 days.

Dated:  February 5, 2019                     Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman (Fla. Bar No. 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

*Attorneys for Plaintiff*