**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN NORTHRUP, Individually and on behalf
of a Class of Similarly Situated Individuals,

                                                                Case No: 8:18-cv-2551-EAK-SPF

    Plaintiff,

vs.

Prestige International Insurance Group, Inc.;

       Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL**

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff dismisses this action, with prejudice, each party to bear its own costs.

Dated: March 8, 2019.                        Respectfully submitted,

                                                    /s/ Seth M. Lehrman
                                                    Seth M. Lehrman (Fla. Bar No. 132896)
                                                    E-mail: seth@epllc.com
                                                    EDWARDS POTTINGER LLC
                                                    425 North Andrews Avenue, Suite 2
                                                    Fort Lauderdale, FL 33301
                                                    Telephone: (954) 524-2820
                                                    Facsimile: (954) 524-2822

                                                    *Attorneys for Plaintiff*